IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Nelson-Shedler, ) | No. CV-14-00078-PHX-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Prudential Insurance Company of ) America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to stipulation (Doc. 31) of the parties,

IT IS ORDERED that this action is dismissed with prejudice, each side to bear its own costs and attorneys' fees. The Clerk shall terminate this case.

DATED this 4th day of November, 2014.

_____
Neil V. Wake
United States District Judge